JOSEPH BAXTER, Esq.  (SBN: 052205)
Attorney at Law
645 Fourth Street, Suite 205
Santa Rosa, CA   95404
Telephone: (707) 544-1149
Fax: (707) 544-1148
E-mail: www.appeals@sonic.net

Attorney for Petitioner,
JOHN WILLIAM THOMPSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WILLIAM THOMPSON,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>DAVID L. RUNNELS, Warden,<br><br>　　　　Respondent. | CASE No:   C 03 2711 SBA (pr)<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS** |

GOOD CAUSE APPEARING, and based upon the Declaration of Joseph Baxter in Support of Extension of Time to File Opposition to Motion to Dismiss, the Motion and Application for Extension of Time to File Motion to Dismiss filed by petitioner, and the absence of any objection by the State of California, the motion is granted and petitioner shall have 50 additional days, to and until August 3, 2006, to file an Opposition to the Motion to Dismiss the Petition for the Writ of Habeas Corpus filed by the attorney general.

Dated: 7/5/06

　　　　　　　　　　　　　　　　　　　_/s/ Saundra B Armstrong_
　　　　　　　　　　　　　　　　　　　The Honorable Saundra Brown Armstrong

1

Order Granting Extension of Time to File Opposition to Motion to Dismiss: C032711SBA(pr)